Form defntc

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:
Beverly Cameron
1470 w 72nd place
Chicago, IL 60636
SSN: xxx–xx–9988 EIN: N.A.

Case No. :   15–08487
Chapter :   7
Judge :   Carol A. Doyle

## DEFICIENCY NOTICE

To the Debtor(s) and his attorney, if any:
Notice of Deficiency given to Debtor(s) that the following document(s) were due at the time of filing and are deficient:

- ☐ Petition 1st 3 pages
- ☐ Exhibit D
- ☑ Statement of Social Security Numbers
- ☐ List of Name and Addresses of All Creditors/Creditor Matrix
- ☐ Fees Due
- ☐ Application and Order to Pay Filing Fees in Installments
- ☐ Application to Have the Chapter 7 Filing Fee Waived

- ☐ Certification of Relatedness (applicable to related cases)
- ☐ Signature(s) of Debtor and/or Joint Debtor are missing from document(s) which requires the original signature. Please file the signature page(s)

For additional information, please access the court's website at
http://www.uscourts.gov/uscourts/FormsAndFees/Forms/Bankruptcy/B_200.pdf . Bankruptcy Forms/Part II – Procedural Forms and Instructions and select B 200, Required List, Schedules, Statements and Fees.

If you are represented by an attorney, please contact your attorney for guidance.
If you have any questions about the deficiency, please call 312–408–5000.

FOR THE COURT

Dated: March 13, 2015

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court